# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 4:06CR0115 CDP/AGF** |
| ) | |
| **KENNETH WARREN TAYLOR, JR.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has alleged that certain real property is available to be posted as surety for his release in this case. In order that the Court may assess whether the property is an acceptable surety, counsel for Defendant must submit to the **Clerk of the United States District Court**:

(1) a copy of a current paid real estate tax receipt;

(2) proof of ownership of the property, i.e., a General Warranty Deed, Deed of Trust, or Quit Claim Deed (note: all individuals named on the deed must be present to sign bond documents); and

(3) if there is a mortgage on the property, documents showing the amount of the mortgage and the balance currently owed.

A current appraisal or tax assessment showing the current property value may also be submitted.

Copies of these documents shall also be provided by Defendant's counsel to the Assistant United States Attorney of record in this case.

Upon receipt of all of the necessary documents by the Clerk of Court, the Court will review those documents submitted to the Clerk and determine whether the property at issue may be posted as surety.

/s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
                                    UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of March, 2006.